JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA CELEHAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a corporation, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. EDCV 13-01114 R(SPx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed as to all parties, with prejudice, and in its entirety. Each party is to bear their own costs and attorneys' fees.

DATED:  _August 2, 2013_   _____

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

CASE NO. EDCV 13-01114 R (SPx)
(PROPOSED) ORDER FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE